IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| BEN ELMORE | § |
| | § |
| V. | § NO. 4:17-CV-004 |
| | § |
| BREWSTER COUNTY, TEXAS | § |

## ORDER

The parties have notified the Court they have settled this case. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before 30 days from the date of this Order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so Ordered.

SIGNED this 24th day of April, 2017.

ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE