IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| BEN ELMORE | § § | |
| V. | § § | NO. P-17-CV-004 |
| BREWSTER COUNTY, TEXAS | § § § § | |

## FINAL ORDER OF DISMISSAL

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the parties Stipulation of Dismissal With Prejudice [Doc. 14] filed May 31, 2017. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above-styled and numbered cause is DISMISSED WITH PREJUDICE, each Party bearing their own attorney's fees and costs.

IT IS FURTHER ORDERED that all pending motions, if any, are DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED this 1st day of June, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE